JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONOVAN LAMONTE HALEY | ) | NO. CV 19-2521-AG(E) |
| Plaintiff, | ) | |
| v. | ) | |
| B. STEIN, et al., | ) | JUDGMENT |
| Defendants | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 14, 2019.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE